U.S.C. § 7292. Johnson's appeal arises from a judgment in which the Veterans Court merely applied the law "to the facts of a particular case," which is a matter over which we lack jurisdiction. *Wanless,* 618 F.3d at 1336. We therefore must dismiss Johnson's appeal.

**DISMISSED**

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**HANLEY INDUSTRIES, INC., Appellant**

v.

**Eric K. FANNING, Acting Secretary of the Army, Appellee.**

No. 2015–1258.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2016.

Jeff Howard Eckland, Eckland & Blando LLP, Minneapolis, MN, argued for appellant. Also represented by Vince Christopher Reuter.

Daniel S. Herzfeld, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Bryant G. Snee, Robert E. Kirschman, Jr., Benjamin C. Mizer.

LOURIE, DYK, and WALLACH, Circuit Judges.

**William E. DYSON, III, Petitioner**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2015–3076.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2016.

Windell W. Thomas, Fabayo & Associates, LLC, Silver Spring, MD, argued for petitioner.

Erin Murdock–Park, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Scott D. Austin, Sosun Bae.

LOURIE, DYK, and WALLACH, Circuit Judges.